DENNIS K. BURKE
United States Attorney
District of Arizona

DARCY A. CEROW
Assistant U.S. Attorney
Arizona State Bar No. 011822
Darcy.Cerow@usdoj.gov
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Walter Mitchell,<br><br>    Defendant. | NO. 97-5193M<br><br>**MOTION TO DISMISS UNLAWFUL FLIGHT TO AVOID PROSECUTION COMPLAINT AND QUASH ARREST WARRANT** |

The United States of America, by and through its attorneys undersigned, hereby moves the Court for an order pursuant to Rule 48(a), Fed. R. Crim. P., dismissing the complaint filed in this matter on July 2, 1997, and asks this Court to quash the arrest warrant, which was requested at that time. The basis for the government's motion lies in the fact the defendant was arrested on December 6, 2007 by the Phoenix Division FBI/Violent Crimes Task Force in Glendale, AZ and turned over to local authorities.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 22nd day of February, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*/S/ DARCY A. CEROW*

DARCY A. CEROW
Assistant U.S. Attorney