1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

              Plaintiff,

        v.

Walter Mitchell,

              Defendant.

No.   97-5193M

**ORDER**

Pursuant to the Government's Motion to Dismiss Unlawful Flight to Avoid Prosecution complaint and good cause appearing,

IT IS HEREBY ORDERED dismissing the complaint against WALTER MITCHELL without prejudice.

IT IS HEREBY ORDERED the arrest warrant pertaining to this complaint be quashed.

Excludable delay under 18 U.S.C. § 3161 is found to commence on _____ for a total of _____ days.

DATED this _____ day of _____, 2010.

_____
HONORABLE EDWARD C. VOSS
United States Magistrate Judge